ROTHSCHILD v. MOSBACHER. (Supreme Court, Appellate Division, First Department. December 30, 1898.) Action by Julius Rothschild against Samuel Mosbacher. No opinion. Upon payment of $10 costs, and any disbursements incurred by defendants in case appeal to court of appeals is withdrawn, motion

# 1148

granted so far as to insert the word "unanimously" before the word "ordered" in the order.